UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ANTHONY W. VAUGHAN

    Plaintiff,

v.                                              Case No. 3:24cv354-MCR-HTC

DR. WOODHEAD,

    Defendant.
_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation dated September 20, 2024 (ECF No. 8).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The Magistrate Judge's Report and Recommendation (ECF No. 8) is adopted and incorporated by reference in this Order.

2. This case is DISMISSED WITH PREJUDICE under 28 U.S.C. § 1915(e)(2)(B)(ii) due to Vaughan's failure to state a claim on which relief may be granted.

3. The clerk shall close the file.

**DONE AND ORDERED** this 31st day of December 2024.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**